**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
Henry Moncure, *individually and on behalf of all others similarly situated*,

                           **Plaintiff,**

-against-

7-Eleven, Inc.,

                          **Defendant.**
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 24, 2021

1:20-cv-10935 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters regarding Defendant's intended motion to dismiss. ECF Nos. 9, 10. Upon review of the submissions and before ruling on the letter motion, the Court would like to know whether Defendant opposes Plaintiff's proposal to file an amended complaint as stated in his letter response.

Accordingly, Defendant is ORDERED to file a supplemental letter replying to Plaintiff's pre-motion letter response (ECF No. 10) no later than **Thursday, May 27, 2021**.

**SO ORDERED.**

**Dated:** May 24, 2021
**New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**